THE STATE v. KIRKPATRICK.

**Criminal Law** : JOINT INDICTMENT : SEPARATE TRIALS : DISCRETION OF COURT. It is within the discretion of the trial court to grant or refuse separate trials to defendants jointly indicted, where the offense charged is less than a felony. (Code, secs. 4012, 4424.)

*Appeal from Decatur District Court.*

FILED, MAY 22, 1888.

DEFENDANT appeals from a judgment which required him to pay a fine of two hundred dollars, and ordered his committal to the Decatur county jail for the term of sixty days unless said fine should be paid.

ROBINSON, J.—This cause was submitted on a transcript of the record entries, appeal-bond and notice of appeal. No argument was made for either party. We infer, from recitals in the record, that defendant was jointly indicted with another for lewdness. He demanded a separate trial, which was refused. In this there was no error, for the reason that the offense of which he was charged was not a felony, and it was within the discretion of the district court to refuse a separate trial. Code, secs. 4012, 4424. Exceptions were taken by defendant to the overruling of a motion for a change of place of trial, and on motion for a new trial. As the grounds of the motions are not shown, we cannot review these rulings. We have examined the record with care, but have found no error.                    .    AFFIRMED.